IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER FOUNTAIN )
566D S OLIVER )
_____ )
WICHITA, KS 67218 )
(Enter above the full name of the Plaintiff(s) )
)
)
vs. WICHITA POLICE DEPT, )    Case Number __2:26-cv-2219-HLT-BGS__
G.S. THOMAS )
Name )
211 E PAWNEE )
Street and number )
WICHITA KS 67211 )
City        State        ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff _Christopher Fountain_
      Address _566D S OLIVER_
      _Wichita, KS 67218_

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant **G.S. THOMAS** is

employed at **WICHITA POLICE DEPT**
**211 E PAWNEE ST WICHITA, KS 67211**

C.    Additional Defendants **CITY OF WICHITA,**
**WICHITA POLICE DEPARTMENT**

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.    (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _____.

2.    The first-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of

_____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of

_____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☐ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.    Other grounds (specify and state any statute which gives rise to such
grounds): (COLOR OF LAW)   Deliberate indifference
42-USC-1983- TO SERIOUS MEDICAL
14th AMENDMENT, DENIAL OF EQUAL ATTENTION - VIOLATION of
PROTECTIONS, DEFENDANTS PROVIDED
Favoritism and protection to
an intoxicated POLICE DETECTIVE.
RETALIATORY Harassment - AFTER
THE ACCIDENT POLICE OFFICERS FOLLOWED AND
THREATENED ME, THEY WROTE
REPORT WRONG
ALSO.

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

ON, MARCH 5th, 26 A DETECTIVE WAS DRIVING
DRUNK, HE CUT ME OFF IN A INTERSECTION
OF PAWNEE/BROADWAY. HIS NEGLIGENCE,
CAUSED PLAINTIFF INJURIES, WHIPLASH,
NECK AND BACK PAIN, HEADACHES,
TRAUMA TO STOMACH, RIBS, BROKEN TOOTH,

IV.    Relief:  EMOTIONAL DISTRESS.  ⟹

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

3

CamScanner

THE Wichita Kansas Police, G.S. Thomas, and other OFFICERS Instead of performing their duties impartially, these officers engaged in blatant favoritism and selective enforcement.

They protected and shielded another Police Detective who was visibly intoxicated and driving under the influence. That detective, was allowed to leave the scene without arrest, Field sobriety tests, or ticket, or any meaningful Investigation.

In stark contrast, Plaintiff- NOT Intoxicated -was denied medical attention for injuries sustained in the accident. OFFICERS, showed deliberate indifference to Plaintiffs serious medical needs, (AFTER, the Incident),—THE WICHITA POLICE, continued To follow, Harass and terrorize Plaintiff. I am already suing Them and TRIED GETTING PROTECTIVE PFA'S – RESTRAINING ORDERS – AGAINST (WPD)

CS CamScanner

Twenty-Five Million Dollars
($25,000,000.00) Enter judgment
against Defendants, jointly and severally
AWARD PUNITIVE DAMAGES IN AMOUNT TO BE DETERMINE AT TRIAL

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑ No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes ☑    No ☐

VII.    Do you claim punitive monetary damages?   Yes ☑  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I AM PLAINTIFF, -DEFENDANTS VIOLATED PLAINTIFFS 14TH AMENDMENT, RIGHTS BY showing favoritism TO AN INTOXICATED POLICE DETECTIVE, THEY LIED IN ACCIDENT REPORT/DENIED ME MEDICAL ATTENTION. AFTER THE ACCIDENT ON MARCH 5TH 26, THEN, THEY, ENGAGED IN RETALIATORY HARRASSMENT AND THREATENED AND FOLLOWED ME ALL OVER THE CITY. I REPORTED THEM TO JUSTICE DEPARTMENT, STATE ATTORNEY GENERAL, AND EVEN REPORTED POLICE MISCONDUCT. I FILED PFA'S AND HAVE AN ONGOING LAWSUIT AGAINST THE WICHITA POLICE, I experienced, SEVERE WHIPLASH, NECK/BACK PAIN, HEADACHES, DIZZINESS, AND EMOTIONAL DISTRESS.

CamScanner

VIII.    Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐  No ☒

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

THIS ACTION HAS NOT BEEN FILED IN ANY OTHER COURT. THIS IS THE FIRST TIME BROUGHT TO FEDERAL COURT.

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐  This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☐  Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

CHRIS FOUNTAIN
_____
Name (Print or Type)

566D S OLIVER
_____
Address

5

WICHITA, KS 67218
City          State          Zip Code

316-294-8938
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒Wichita, ☒Kansas City , or ☐Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_Chris Fountain_ (PRO SE)
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒Yes or ☐No }
(Select One)

_Chris Fountain_
Signature of Plaintiff

Dated: April 15TH, 26
(Rev. 10/15)

6