# Kansas Motor Vehicle Crash Report

KDOT Form 850A page 1 Rev. 2019

| Investigating Department | Reviewed by | Local Case No. | Page of |
|---|---|---|---|
| WICHITA POLICE DEPT | | 26C041044 | / |

| Investigating Officer Name | Badge Number | County | City Name |
|---|---|---|---|
| G. S THOMAS | S0262 | SG | |

☐ Amended Report
☐ DUI
☐ Hit & Run

| Milepost | Block No | Dir Pfx | On Road Name | Road Type | Dir Sfx | SpdLmt | Date of Crash (mm/dd/yyyy) | Time Occur. | Day |
|---|---|---|---|---|---|---|---|---|---|
| | | E | PAWNEE | ST | | 35 | 03/05/2026 | 12:54 | TH |

| From Dist | Ft/Mi | From Dir | | Dir Pfx | Reference or At Road Name | Road Type | Dir Sfx | SpdLmt | Date Notified (mm/dd/yyyy) | Time Notif. | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ○ FROM ⦿ AT | | S | BROADWAY | AVE | | 30 | 03/05/2026 | 13:11 | TH |

**Narrative:** Describe each traffic unit's pre-crash movement and direction of travel

V1 TRAVELING WB ON PAWNEE TO LEFT TURN ONTO BROADWAY COLLIDED WITH V2 TRAVELING EB ON PAWNEE

This report has not been reviewed; there may be errors.

| Date Arrived (mm/dd/yyyy) | Time Arriv. | Day |
|---|---|---|
| 03/05/2026 | 13:11 | TH |

Latitude (AOI)

Longitude (AOI)

Photos by

PO Crash Severity

Fatal
Injury
PDO >= $1,000
PDO < $1,000

**WORK ZONE TYPE**  ON 00   AT 00
- 00 None Apply
- 01 Construction Zone - (KDOT? ☐)
- 02 Maintenance Zone -
- 03 Utility Zone -
- 99 Unknown

**- LOCATION IN WORK ZONE (AOI)**
- 01 Before first warning sign
- 02 Advance warning area
- 03 Transition area
- 04 Activity area
- 05 Termination area      99 Unknown

**- WORK ZONE CATEGORY**
- 01 Lane closure
- 02 Lane shift / crossover
- 03 Work on shoulder / median
- 04 Intermittent or moving vehicle
- 88 Other: _____
- 99 Unknown

KDOT? ☐ Object 1 Damaged & Nature of Damage (show in diagram)   Owner Street Address   Personal Phone

| Owner Last Name | First Name | Middle Name | City | State | Zip | Work Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

KDOT? ☐ Object 2 Damaged & Nature of Damage (show in diagram)   Owner Street Address   Personal Phone

| Owner Last Name | First Name | Middle Name | City | State | Zip | Work Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

ONLY CHOOSE ONE CODE PER CATEGORY UNLESS SPECIFIED OTHERWISE

**01 LIGHT CONDITIONS**
- 01 Daylight
- 02 Dawn
- 03 Dusk
- 04 Dark: street lights on
- 05 Dark: no street lights
- 99 Unknown

**00 ADVERSE WEATHER CONDITIONS**
- 00 No adverse conditions
- 01 Rain, mist, drizzle
- 02 Sleet, hail
- 03 Snow
- 04 Fog
- 05 Smoke
- 06 Strong wind
- 07 Blowing dust, sand, etc.
- 08 Freezing rain, mist, drizzle
- 14 Rain & fog
- 16 Rain & wind
- 24 Sleet & fog
- 36 Snow & wind
- 88 Other: _____
- 99 Unknown

**01 SURFACE TYPE 01**  ON ... AT
- 01 Concrete
- 02 Blacktop (Asphalt)
- 03 Gravel
- 04 Dirt
- 05 Brick
- 88 Other: _____
- 99 Unknown

**01 SURFACE CONDITIONS 01**  ON ... AT
- 01 Dry
- 02 Wet
- 03 Snow
- 04 Ice
- 05 Mud/dirt/sand
- 06 Debris (oil, etc.)
- 07 Standing/ moving water
- 08 Slush
- 88 Other: _____
- 99 Unknown

**12 CRASH LOCATION** (of 1st Harmful Event)

ON ROADWAY: (within travel lanes)
- 11 Non-intersection
- 12 Intersection +
- 13 Intersection-related +
- 14 Access to Parking lot/Drvwy
- 15 Interchange Area +
- 16 On Crossover
- 17 Toll Plaza

OFF ROADWAY:
- 20 Shoulder
- 21 Roadside (not shoulder)
- 22 Median
- 23 Rest area
- 88 Other: _____
- 99 Unknown

**01 +INTERSECTION TYPE**
- 01 Four-way intersection
- 02 Five-way or more
- 03 T - intersection
- 04 Y - intersection
- 05 L - intersection
- 06 Roundabout (See Manual for Definitions)
- 07 Traffic Circle
- 08 Part of an interchange
- 99 Unknown

**ROAD SPECIAL FEATURES** (up to 3)  [1] 00  [2]  [3]
- 00 None
- 01 Bridge
- 02 Bridge Overhead
- 03 Railroad Bridge
- 04 RRXING _____
- 05 Interchange
- 06 Ramp
- 99 Unknown

**03 CRASH CLASS 03** (mark 1 box per side)

1st Harmful Event    Most Harmful Event
- 00 Other non-collision
- 01 Overturned/Rollover

COLLISION WITH:
- 02 Pedestrian
- 03 Motor vehicle in-transport*
- 04 Legally Parked Vehicle
- 05 Railway train
- 06 Pedal cyclist
- 07 Animal Type: _____
- 08 Fixed object**
- 09 Other object: _____
- 99 Unknown

**\*\*FIXED OBJECT TYPE** (mark 1 box per side if applicable)

1st Harmful Event    Most Harmful Event
- 01 Bridge structure
- 02 Bridge rail
- 03 Crash cush./Impact attenuator
- 04 Divider, median barrier
- 05 Overhead sign support
- 06 Utility devices: pole,meter,etc
- 07 Other post or pole
- 08 Building
- 09 Guardrail
- 10 Sign post
- 11 Culvert
- 12 Curb
- 13 Fence/Gate
- 14 Hydrant
- 15 Barricade
- 16 Mailbox
- 17 Ditch
- 18 Embankment
- 19 Wall
- 20 Tree
- 21 RRXING fixtures
- 88 Other: _____
- 99 Unknown

**03 \*COLLISION WITH VEHICLE 03** (mark 1 box per side if applicable)

1st Harmful Event    Most Harmful Event
- 01 Head on
- 02 Rear end
- 03 Angle - side impact
- 04 Sideswipe: opposite direction
- 05 Sideswipe: Same direction
- 06 Backed into
- 88 Other: _____
- 99 Unknown

**TRAFFIC CONTROLS** (On / At Road) O/A

| | | Type Present | OK/NF |
|---|---|---|---|
| 00 None | 1 O | 1 02 | 1 OK |
| 01 Officer, flagger | 2 O | 2 09 | 2 OK |
| 02 Traffic signal | 3 A | 3 02 | 3 OK |
| 03 Stop sign | 4 A | 4 09 | 4 OK |
| 04 Flasher | 5 | 5 | 5 |
| 05 Yield sign | | | |

- 06 RR gates / signal
- 07 RR crossing signs
- 08 No passing zone
- 09 Center/Edge lines
- 10 Warning signs
- 11 School zone signs
- 12 Parking lines
- 88 Other: _____
- 99 Unknown

# Crash Diagram
850A page 2

| 04 | ROADWAY NUMBER OF LANES | 04 | 01 | ROAD CHARACTER | 01 | 00 | SPECIAL JURISDICTION |
|---|---|---|---|---|---|---|---|
| ON | | AT | ON | | AT | | |

**ROADWAY NUMBER OF LANES**

01 One
02 Two
03 Three
04 Four to Six
05 Seven or more
88 Other: _____
99 Unknown

**ROAD CHARACTER**

01 Straight & Level
02 Straight on grade/slope
03 Straight on hillcrest
04 Curved & level
05 Curved on grade/slope
06 Curved on hillcrest
88 Other: _____
99 Unknown

**SPECIAL JURISDICTION**

00 Normal Jurisdiction (Not Special)
01 National Park Service
02 Military
03 Indian Reservation
04 College / University Campus
05 Other Federal property
88 Other: _____
99 Unknown

A basic diagram is required for all state reportable crashes showing movements, direction, and positions of all traffic units in relationship to the trafficway. Identify (label) the street(s) and traffic unit(s) along with the area of impact (AOI) where possible. Refer to vehicles and pedestrians by unique numbers assigned in this report.

Indicate North Direction

Local Case No.
26C041044

Page of
1 / 3

**Draw scene as observed or recreate per statements and evidence available**



| Occupants & Vehicles | DRIVER & PASSENGER INFORMATION | | Investigating Officer / Badge No. | Local Case No. | Page of |
|---|---|---|---|---|---|
| KDOT Form 850B page 1 - Rev. 2019 | (record pedestrians on supplemental form 854) | | G. S THOMAS    S0262 | 26C041044 | 2 / 3 |

| TU# | VIOLATIONS CHARGED | CITATION# | TU# | VIOLATIONS CHARGED | More violations in narrative ☐ | CITATION# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OFFICER'S OPINION OF APPARENT CONTRIBUTING CIRCUMSTANCES - ENTER AS MANY AS APPLY TO THIS CRASH (FACTOR TYPE, TU#, CC CODE)**

| D1 | 30 | D2 | 00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Unit # / Seat Type | DRIVER Last Name / DRIVER First Name | Middle Name / Date of Birth | DRIVER ADDRESS (Number, Street, Suffix, etc.) / City | | State | Zip | Personal Phone Number / Work Phone Number | Gender / Age | SE Used / Eject/Trap | Inj Severity / Eject Path | Transpt Unit / Extrication? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TU 01 | FRANKLIN | MN R | 3612 W MILLS AVE | New address? ☐ | | | Personal (620) 474-3130 | M | S | N | |
| ST 01 | MATTHEW | DOB 04/30/1983 | HUTCHINSON | | KS | 67501 | Work | 42 | N | | ☐ |
| TU 02 | MARTIN | MN A | 1957 N GOW ST | New address? ☐ | | | Personal (316) 516-6992 | M | S | N | |
| ST 01 | ANDREW | DOB 09/18/1981 | WICHITA | | KS | 67203 | Work | 44 | N | | ☐ |

## TRAFFIC UNIT# 01 (01, 03, N3, X3, etc)

| DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? |
|---|---|---|---|---|
| KS | K02347985 | C | ☐ | ☐ |

**01 DR LICENSE COMPLY**
- 00 Not licensed
- 01 Valid License
- 02 Suspended
- 03 Revoked
- 04 Expired
- 05 Cancld or Denied
- 06 Disqualified
- 07 Restricted
- 99 Unknown

**RESTRICT COMPLY**
Restrictions? N

| Driver's Lic Restrictions | Complied? Y  N |
|---|---|
| 1 | ☐ ☐ |
| 2 | ☐ ☐ |
| 3 | ☐ ☐ |
| 4 | ☐ ☐ |

**COMMERCIAL ENDORSEMENTS**
1 ☐  2 ☐  3 ☐  4 ☐
- Z - None
- T - Double/Triple Trailer
- P - Passenger Vehicle
- N - Tank Vehicle
- H - Placarded Haz. Material
- X - Combination Tank/HazMat
- S - School Bus
- U - Unknown

## TRAFFIC UNIT# 02 (02, 04, N2, X4, etc)

| DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? |
|---|---|---|---|---|
| KS | K01436426 | C | ☐ | ☐ |

**01 DR LICENSE COMPLY**
- 00 Not licensed
- 01 Valid License
- 02 Suspended
- 03 Revoked
- 04 Expired
- 05 Cancld or Denied
- 06 Disqualified
- 07 Restricted
- 99 Unknown

**RESTRICT COMPLY**
Restrictions? N

| Driver's Lic Restrictions | Complied? Y  N |
|---|---|
| 1 | ☐ ☐ |
| 2 | ☐ ☐ |
| 3 | ☐ ☐ |
| 4 | ☐ ☐ |

**COMMERCIAL ENDORSEMENTS**
1 ☐  2 ☐  3 ☐  4 ☐
- Z - None
- T - Double/Triple Trailer
- P - Passenger Vehicle
- N - Tank Vehicle
- H - Placarded Haz. Material
- X - Combination Tank/HazMat
- S - School Bus
- U - Unknown

### SUBSTANCE USE (mark all that apply) — Unit 01
- ☐ AP - Alcohol ingested
- ☐ AC - Alcohol contributed
- ☐ DP - Illegal drugs ingested
- ☐ DC - Illegal drugs contributed
- ☐ MP - Medication ingested
- ☐ MC - Medication contributed

### SUBSTANCE USE (mark all that apply) — Unit 02
- ☐ AP - Alcohol ingested
- ☐ AC - Alcohol contributed
- ☐ DP - Illegal drugs ingested
- ☐ DC - Illegal drugs contributed
- ☐ MP - Medication ingested
- ☐ MC - Medication contributed

### METHOD OF DETERMINATION (mark all that apply) — Unit 01
ALCOHOL / DRUGS
- ☒ 00 No evidence of impairment  ☒
- ☐ 01 Evidential Test (Breath,Blood,etc)  ☐
- ☐ 02 Preliminary Breath Test PBT  ☐
- ☐ 03 Behavioral  ☐
  Tests: HGN, walk-and-turn, one leg stand, etc.
- ☐ 04 Passive Alcohol Sensor  ☐
  (detects alcohol from driver's mouth)
- ☐ 05 Observed  ☐
  (Odor, staggering, slurred speech, etc)
- ☐ 06 Other (e.g. saliva test)  ☐

### IMPAIRMENT TEST (mark all that apply) — Unit 01
- ☒ NG - No Test given
- ☐ TR - Test Refused (Alcohol/Drug)
- ☐ PT - Prelim Positive Test (PBT)
- ☐ TG - Evidentiary Test given
- ☐ RP - Results pending

ALCOHOL
- ☐ Evidentiary Breath  0.____    ☐ Eye Fluid  0.____
- ☐ Blood (BAC)  0.____    ☐ Other  0.____

Drug screen result _____

### METHOD OF DETERMINATION (mark all that apply) — Unit 02
ALCOHOL / DRUGS
- ☒ 00 No evidence of impairment  ☒
- ☐ 01 Evidential Test (Breath,Blood,etc)  ☐
- ☐ 02 Preliminary Breath Test PBT  ☐
- ☐ 03 Behavioral  ☐
  Tests: HGN, walk-and-turn, one leg stand, etc.
- ☐ 04 Passive Alcohol Sensor  ☐
  (detects alcohol from driver's mouth)
- ☐ 05 Observed  ☐
  (Odor, staggering, slurred speech, etc)
- ☐ 06 Other (e.g. saliva test)  ☐

### IMPAIRMENT TEST (mark all that apply) — Unit 02
- ☒ NG - No Test given
- ☐ TR - Test Refused (Alcohol/Drug)
- ☐ PT - Prelim Positive Test (PBT)
- ☐ TG - Evidentiary Test given
- ☐ RP - Results pending

ALCOHOL
- ☐ Evidentiary Breath  0.____    ☐ Eye Fluid  0.____
- ☐ Blood (BAC)  0.____    ☐ Other  0.____

Drug screen result _____

| Unit # / Seat Type | PASSENGER Last Name / PASSENGER First Name | Middle Name / Date of Birth | PASSENGER ADDRESS (Number, Street, Sfx., etc.) / City | | State | Zip | Personal Phone Number / Work Phone Number | Gender / Age | SE Used / Eject/Trap | Inj Severity / Eject Path | Transpt Unit / Extrication? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TU | | MN | | New address? ☐ | | | Personal | | | | |
| ST | | DOB | | | | | Work | | | | ☐ |
| TU | | MN | | New address? ☐ | | | Personal | | | | |
| ST | | DOB | | | | | Work | | | | ☐ |
| TU | | MN | | New address? ☐ | | | Personal | | | | |
| ST | | DOB | | | | | Work | | | | ☐ |
| TU | | MN | | New address? ☐ | | | Personal | | | | |
| ST | | DOB | | | | | Work | | | | ☐ |

| Transport Unit ____ | EMS Time Notified | Injured taken by: | Transport Unit ____ | EMS Time Notified | Injured taken by: |
|---|---|---|---|---|---|
| EMS Arrived | EMS Time@Hosp | Injured taken to: | EMS Arrived | EMS Time@Hosp | Injured taken to: |

Transport Units: A, B, C, ..., N

# Occupants & Vehicles
850B page 2

| | VEHICLE# 01 (01, 03, N3, X3, etc) | SPECIAL DATA | VEHICLE# 02 (02, 04, N2, X4, etc) | Local Case No. 26C041044 | Page of 2 / 3 |

## VEHICLE 01

| OWNER Last Name ("Same" if Driver) | OWNER First Name | Middle Name |
|---|---|---|
| CITY OF WICHITA | | |

| OWNER ADDRESS (Number, Street) | New address? ☐ | Personal Phone |
|---|---|---|
| 455 N MAIN AVE | | |

| CITY | ST | ZIP | Work Phone |
|---|---|---|---|
| WICHITA | KS | 67 | |

| COLOR | YEAR | MAKE | MODEL | BODY STYLE | ST |
|---|---|---|---|---|---|
| GRY | 2019 | CHRY | PCF | VT | KS |

| LICENSE PLATE # | County | Exp YR | Removed by: | MC CCs |
|---|---|---|---|---|
| 355KZY | SG | 2026 | DRIVER | |

| VEHICLE IDENTIFICATION NUMBER | Dir of Travel | # Occupants |
|---|---|---|
| 2C4RC1GG8KR552054 | W | 1 |

| Insurance Company | Policy Number |
|---|---|
| SELF | |

## VEHICLE 02

| OWNER Last Name ("Same" if Driver) | OWNER First Name | Middle Name |
|---|---|---|
| MARTIN | ANDREW | A |

| OWNER ADDRESS (Number, Street) | New address? ☐ | Personal Phone |
|---|---|---|
| 1957 N GOW ST | | (316) 516-6992 |

| CITY | ST | ZIP | Work Phone |
|---|---|---|---|
| WICHITA | KS | 67203 | |

| COLOR | YEAR | MAKE | MODEL | BODY STYLE | ST |
|---|---|---|---|---|---|
| SIL | 2015 | CHRY | 200 | 4D | KS |

| LICENSE PLATE # | County | Exp YR | Removed by: | MC CCs |
|---|---|---|---|---|
| 4037AFW | SG | 2026 | DRIVER | |

| VEHICLE IDENTIFICATION NUMBER | Dir of Travel | # Occupants |
|---|---|---|
| 1C3CCAB6FN595376 | E | 1 |

| Insurance Company | Policy Number |
|---|---|
| PROGRESSIVE | 932793005 |

## SPECIAL CONDITIONS FOR TRAFFIC UNITS (Vehicle 01)

1 2 3 4 5   Odometer   Fire? ☐

1 Hit & Run   2 Non-Contact   3 Stolen   7 Towed away due to damage
4 Legally Parked   5 Pursued by LE   6 Driverless

## SPECIAL CONDITIONS FOR TRAFFIC UNITS (Vehicle 02)

1 2 3 4 5   Odometer   Fire? ☐

1 Hit & Run   2 Non-Contact   3 Stolen   7 Towed away due to damage
4 Legally Parked   5 Pursued by LE   6 Driverless

## VEHICLE BODY TYPE (Vehicle 01): 04

01 Automobile
02 Motorcycle
03 Motor scooter or Moped
04 Van
05 Pickup truck <10,001 lbs
06 Sport utility veh - SUV
07 Camper or RV
08 Farm machinery
09 All-terrain vehicle - ATV

LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs)
10 Single heavy truck >10,000 lbs
11 Truck & trailer(s)
12 Tractor-trailer(s)
13 Cross country bus
14 School bus
15 Transit (city) bus
16 Other bus
25 Train
88 Other:
99 Unknown

Calculated speed at impact
Bus Seat Capacity
Power Source   F

## VEHICLE BODY TYPE (Vehicle 02): 01

01 Automobile
02 Motorcycle
03 Motor scooter or Moped
04 Van
05 Pickup truck <10,001 lbs
06 Sport utility veh - SUV
07 Camper or RV
08 Farm machinery
09 All-terrain vehicle - ATV

LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs)
10 Single heavy truck >10,000 lbs
11 Truck & trailer(s)
12 Tractor-trailer(s)
13 Cross country bus
14 School bus
15 Transit (city) bus
16 Other bus
25 Train
88 Other:
99 Unknown

Calculated speed at impact
Bus Seat Capacity
Power Source   F

## VEHICLE USE (Vehicle 01): 01

01 No special use   06 Police
02 Taxi / Limo   07 Ambulance
03 School bus   08 Fire
04 Other bus   09 Mail/Parcel
05 Military   99 Unknown

## VEHICLE DAMAGE (Vehicle 01): 02

00 None   04 Destroyed
01 Damage (minor)   88 Other:
02 Functional
03 Disabling   99 Unknown

## VEHICLE USE (Vehicle 02): 01

01 No special use   06 Police
02 Taxi / Limo   07 Ambulance
03 School bus   08 Fire
04 Other bus   09 Mail/Parcel
05 Military   99 Unknown

## VEHICLE DAMAGE (Vehicle 02): 02

00 None   04 Destroyed
01 Damage (minor)   88 Other:
02 Functional
03 Disabling   99 Unknown

## DAMAGE LOCATION AREA (Vehicle 01)

First Impact 04   Major Impact 05

1  2  3A  3B  ✗  ✗
12B  12C  13  6C  6A
12A  6B
11  10  9B  9A  8  7

☐ 14 Undercarriage   ☐ 15 Windshield
☐ 16 Other windows   ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other:

Trailer: Present / Damaged

## VEH. MANU. BEFORE UNSTAB. SIT. (Vehicle 01): 02

01 Straight/ following road
02 Left Turn
03 Right Turn
04 U Turn
05 Passing
06 Changing lanes
07 Avoidance man.
08 Merging
09 Parking
10 Backing

11 Stopped awaiting turn
12 Stopped in traf
13 Illegally parked
14 Disabled in roadway
15 Slowing or stopping
16 Negotiating a curve
88 Other:
99 Unknown

## DAMAGE LOCATION AREA (Vehicle 02)

First Impact 01   Major Impact 02

✗  ✗  3A  3B  4  5
12B  12C  13  6C  6A
12A  6B
11  10  9B  9A  8  7

☐ 14 Undercarriage   ☐ 15 Windshield
☐ 16 Other windows   ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other:

Trailer: Present / Damaged

## VEH. MANU. BEFORE UNSTAB. SIT. (Vehicle 02): 01

01 Straight/ following road
02 Left Turn
03 Right Turn
04 U Turn
05 Passing
06 Changing lanes
07 Avoidance man.
08 Merging
09 Parking
10 Backing

11 Stopped awaiting turn
12 Stopped in traf
13 Illegally parked
14 Disabled in roadway
15 Slowing or stopping
16 Negotiating a curve
88 Other:
99 Unknown

## VEHICLE SEQUENCE OF EVENTS (Vehicle 01)
(List up to 4 per unit in the order of occurence)

1: 22   2:   3:   4:    ☐ The exact sequence is unknown

### NON-COLLISION
01 Ran off road right   10 Downhill runaway
02 Ran off road left   11 Trailer swing
03 Crossed centerline   12 Separation of units
04 Overturn/Rollover   13 Jackknife
05 Crossed median   14 Fire
06 Fell/Jumped from veh   15 Explosion
07 Thrown or falling object   16 Immersion in water
08 Cargo loss or shift   88 Other event:
09 Equipment failure (tire, brakes, etc.)   98 Unknown non-coll.

### COLLISION WITH
21 Pedestrian
22 Motor veh in-transport
23 Legally Parked Vehicle
24 Train
25 Pedal cycle (bike, etc)
26 Animal
27 Fixed Object
28 Other moveable object
99 Unknown object

## VEHICLE SEQUENCE OF EVENTS (Vehicle 02)
(List up to 4 per unit in the order of occurence)

1: 22   2:   3:   4:    ☐ The exact sequence is unknown

### NON-COLLISION
01 Ran off road right   10 Downhill runaway
02 Ran off road left   11 Trailer swing
03 Crossed centerline   12 Separation of units
04 Overturn/Rollover   13 Jackknife
05 Crossed median   14 Fire
06 Fell/Jumped from veh   15 Explosion
07 Thrown or falling object   16 Immersion in water
08 Cargo loss or shift   88 Other event:
09 Equipment failure (tire, brakes, etc.)   98 Unknown non-coll.

### COLLISION WITH
21 Pedestrian
22 Motor veh in-transport
23 Legally Parked Vehicle
24 Train
25 Pedal cycle (bike, etc)
26 Animal
27 Fixed Object
28 Other moveable object
99 Unknown object

Case 2:26-cv-02219-JWB-GEB    Document 1-1    Filed 04/15/26    Page 5 of 6

AOI NOT ESTABLISHED , VEHICLES MOVE PRIOR TO OFFICERS ARRIVAL

V1 TRAVELING WB ON PAWNEE TO LEFT TURN ONTO BROADWAY. DAMAGE TO RIGHT REAR CORNER  AND REAR BUMPER . VEHICLE REMOVED BY DRIVER

V2 TRAVELING EB ON PAWNEE. DAMAGE TO RIGHT FRONT CORNER AND FRONT BUMPER . VEHICLE REMOVED BY DRIVER

D1 STATED HE WAS WB ON PAWNEE TO  MAKE A LEFT TURN ONTO BROADWAY AND A SEMI WAS IN THE WAY AND WAS NOT MOVING SO HE PROCEEDED TO TURN AND COLLIDED WITH V2

D2 STATED HE WAS EB ON PAWNEE AND V1 WAS TURNING SOUTH ON BROADWAY AND THEY COLLIDED

NO INJURIES

WITNESS CHRISTOPHER FOUNTAIN 316-294-8938 STATED HE WAS EB ON PAWNEE AND V1 WAS BEING IMPATIENT AND TURNED IN FRONT OF V2

ROADWAYS WERE CLEAR

IT IS IN THIS OFFICERS OPINION THAT THIS COLLISION WAS CAUSED BY D1 FAILING TO YIELD THE RIGHT OF WAY AND COLLIDED WITH V2. NO CITATIONS

Case 2:26-cv-02219-JWB-GEB Document 1-1 Filed 04/15/26 Page 6 of 6